**No. 10-1471. Larron White, Petitioner v. United States.**

565 U.S. 823, 132 S. Ct. 111, 181 L. Ed. 2d 37, 2011 U.S. LEXIS 5439.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

---

**No. 10-1473. Christopher Jude Blauvelt, Petitioner v. United States.**

565 U.S. 823, 132 S. Ct. 111, 181 L. Ed. 2d 37, 2011 U.S. LEXIS 5285.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 638 F.3d 281.

---

**No. 10-1475. John J. Schlabach, Petitioner v. United States.**

565 U.S. 823, 132 S. Ct. 112, 181 L. Ed. 2d 37, 2011 U.S. LEXIS 5290.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 398 Fed. Appx. 306.

---

**No. 10-1476. City of Santa Cruz, California, et al., Petitioners v. Robert Norse.**

565 U.S. 823, 132 S. Ct. 112, 181 L. Ed. 2d 37, 2011 U.S. LEXIS 5640.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 629 F.3d 966.

---

**No. 10-1479. Dennis Crosby, et al., Petitioners v. City of Gastonia, North Carolina.**

565 U.S. 823, 132 S. Ct. 112, 181 L. Ed. 2d 37, 2011 U.S. LEXIS 5623.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 635 F.3d 634.

---

**No. 10-1480. William B. Burleigh, Petitioner v. Monterey County, California, et al.**

565 U.S. 823, 132 S. Ct. 112, 181 L. Ed. 2d 37, 2011 U.S. LEXIS 5235.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 420 Fed. Appx. 743.

---

**No. 10-1481. Roland Johnson, Petitioner v. Manitowoc County, Wisconsin, et al.**

565 U.S. 824, 132 S. Ct. 112, 181 L. Ed. 2d 37, 2011 U.S. LEXIS 5399.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 635 F.3d 331.